**Paul Anthony CLARK, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 58394.**

Missouri Court of Appeals,
Western District.

May 15, 2001.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 3, 2001.

Application for Transfer Denied
Aug. 21, 2001.

John M. Schilmoeller, Asst. Public Defender, Kansas City, MO, Attorney for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Breck K. Burgess, Assistant Attorney General, Jefferson City, MO, Attorneys for Respondent.

Before ULRICH, P.J., and EDWIN H. SMITH and NEWTON, JJ.

## ORDER

PER CURIAM.

Paul Anthony Clark appeals the circuit court's order denying his Rule 24.035 motion for post-conviction relief seeking to vacate and set aside his conviction and sentence for assault in the first degree, after an evidentiary hearing.

Judgment affirmed. Rule 84.16(b).